Nos. 2843 y 2844.—El Pueblo, apldo., *v.* Cortés, aplte. —C. D. San.Juan. Sala de lo Criminal. Infracción al Reglamento de la Com. Serv. Púb. Jul. 30, 1926. Habiendo el propio Fiscal solicitado la revocación de la sentencia en este caso de acuerdo con lo resuelto por esta Corte Suprema en el caso de *Ex parte Lorenzo Rivera,* 34 D.P.R. 773; examinada la acusación y apareciendo que en efecto la sentencia es nula porque la infracción al Reglamento de la Comisión de Servicio Público perseguida sólo puede castigarse administrativamente y no por la vía penal, de conformidad con la ley tal como fué interpretada en el caso invocado por el Fiscal, *se revoca* la sentencia apelada y se absuelve al acusado. El Juez Asociado Sr. Hutchison no tomó parte en la resolución de estos casos.

Nos. 3917 y 3932.—Campos, apldo., *v.* The Phoenix Insurance Co., aplte.—Campos, apldo., *v.* The Lancashire Ins. Co., aplte.—C. D. Ponce. Jul. 30, 1926. Resueltos por los fundamentos del caso No. 3916 de *Campos v. The Great American, Insurance Co.* de julio 30, 1926 (pág. 1021), se declararon con lugar las mociones de la apelada y se desestimaron los recursos establecidos.

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de estos casos.